# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
# www.flsb.uscourts.gov

In re:

                                                                 Chapter 13
                                         Case No.: 16-24102-AJC

SUSANA CASTANON,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 3, 2018, I served a conformed copy of *Order Granting Amended Motion to Allow Late Filed Claim to be Treated as Timely Filed. (Re: # 100)*[D.E. 103] upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 3rd day of August, 2018.**

                                                    Respectfully submitted:

                                                    **GHIDOTTI | BERGER, LLP**
                                                    *Attorneys for Secured Creditor*
                                                    3050 Biscayne Blvd. - Suite 402
                                                    Miami, Florida 33137
                                                    Telephone: (305) 501.2808
                                                    Facsimile: (954) 780.5578

                                                    By:    /s/ Chase A. Berger
                                                           Chase A. Berger, Esq.
                                                           Florida Bar No. 083794
                                                           cberger@ghidottiberger.com

*Case No.: 16-24102-AJC*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Susana Castanon**
9881 S.W. 3rd Street
Miami, FL 33174

*Debtor's Counsel*
**Eduardo E. Dieppa, III, Esq.**
2097 W. 76th Street
Hialeah, FL 33016

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.